Jeremiah Keyser and Others, Appellants, v. Elizabeth F. Pegg and Others. Respondents, Impleaded with Augusta Mead and Others.—Judgment affirmed, with costs. No opinion.

Frank L. Tyson, Appellant, v. The Board of Education of the City of New York, Respondent.—Judgment affirmed, with costs. No opinion.

Louis A. Jaffer, Respondent, v. Louis Dreyer, Appellant, Impleaded with Aaron Blunder.—Judgment affirmed, with costs. No opinion.

Edwin J. Selley and William Martin, Respondents, v. Irish Industrial Exposition and Amusement Company, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary I. Smith and Ethel van Bergen, Respondents, v. Mary M. Irvin, Individually and as Surviving Executrix, etc., of Richard Irvin, Jr., Deceased, and Others, Appellants, Impleaded with Others.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward Cramsey, Appellant, v. Charles Archer Sterling, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Mutual Life Insurance Company of New York, Respondent, v. Charles H. Raymond and Louis A. Thebaud, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

American Brass and Copper Company, Respondent, v. Otto Bernz, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Arthur H. Jones, Appellant, v. Augusta M. Walker, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Carl F. Hartmann, Respondent, v. William Randolph Hearst, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Rosalynde A. de L. Mayer, Respondent, v. William B. Gottlieb, Appellant.— — Order affirmed, with ten dollars costs and disbursements. No opinion.

John J. Gibbons, as Director of the San Luis Mining Company, Respondent, v. Hollister Logan, Individually and as Executor, etc., of Walter S. Logan, Deceased, and Others, Appellants, Impleaded with Eliza K. Logan and Others. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel M. Reiss, as Trustee in Bankruptcy of William F. Rohrig, Respondent, v. Max S. Boehm and Others, Appellants, Impleaded with Isaac Boehm.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ellen E. Murray, as. Administratrix, etc., of Thomas Kearns, Deceased, Respondent, v. North River Electric Light and Power Company and the New York Gas, Electric Light, Heat and Power Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Georgiana G. R. Wendel, Individually and as Executrix, etc., of John D. Wendel, Deceased, Respondent, v. John G. Wendel and Rebecca A. D. Wendel, Individually and as Executors, etc., of John D. Wendel, Deceased, and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Georgiana G. R. Wendel, Respondent, v. John G. Wendel and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.